IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAYLA JOHNSON,** | : CIVIL ACTION NO. 1:16-CV-1100 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **ALLY FINANCIAL INC.,** | : |
| Defendant | : |

# ORDER

AND NOW, this 7th day of November, 2016, upon consideration of plaintiff Jayla Johnson's ("Johnson") motion (Doc. 30) to suspend the 90-day class certification provision of the Local Rules of Court for the Middle District of Pennsylvania, see LOCAL RULE OF COURT 23.3, wherein Johnson avers that the 90-day determination period should be extended for good cause, see id., and the court acknowledging that "a district court must conduct a 'rigorous analysis'" before determining whether a plaintiff has met his or her burden in the class certification process, Landsman & Funk PC v. Skinder-Strauss Assocs., 640 F.3d 72, 93 (3d Cir. 2011) (quoting In re Hydrogen Peroxide Antitrust Litig., 552 F.2d 305, 309 (3d Cir. 2008)), and that "some level of discovery is essential to such an evaluation," id., and it appearing that neither party in this case has yet engaged in discovery, (Doc. 30 at 2-3), and the court concluding that discovery is essential to deciding Johnson's class allegations and that Johnson has accordingly demonstrated good cause for suspending the 90-day determination period, it is hereby ORDERED that Johnson's motion (Doc. 30) is granted to the extent that the requirement of a class action determination, see LOCAL RULE OF COURT 23.3, is SUSPENDED and the parties

shall propose a new class determination motion deadline in the joint case management plan to be submitted hereafter.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania