# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAYLA JOHNSON,** | : | CIVIL ACTION NO. 1:16-CV-1100 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **ALLY FINANCIAL INC.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 10th day of August, 2017, upon consideration of the motion (Doc. 17) to strike class allegations filed by defendant Ally Financial Inc., and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 17) to strike is DENIED.

2. Defendant shall respond to plaintiff's amended complaint (Doc. 12) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania