## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAYLA JOHNSON, on behalf of
herself and all others similarly situated,

              Plaintiff,

     v.

ALLY FINANCIAL INC.,

              Defendant.

No. 1:16-cv-01100-CCC

(Hon. Christopher C. Conner)

CLASS ACTION

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by, between, and among Plaintiff and Defendant that all claims of all parties by and hereby are dismissed with prejudice and with each party bearing its own costs.  Dismissal is without prejudice to the claims of putative class members.

Dated:  August 3, 2018

/s/ Shanon J. Carson
Shanon J. Carson (PA Bar No. 85957)
Arthur Stock (PA Bar No. 64336)
Lane L. Vines (PA Bar No. 80854)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel.:  (215) 875-3000
Fax:  (215) 875-4604
scarson@bm.net
astock@bm.net
lvines@bm.net

W. Craft Hughes (*pro hac vice*)
Jarrett L. Ellzey (*pro hac vice*)
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Houston, TX  77056
Tel.:  (713) 554-2377
Fax:  (888) 995-3335
craft@hughesellzey.com
jarrett@hughesellzey.com

*Attorneys for Plaintiff and
the Proposed Class*

Dated:  August 3, 2018

/s/ Eric J. Troutman
Eric J. Troutman
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive - Suite 700
Costa Mesa, CA  92626
Tel.:  (657) 266-1043
Fax:  (714) 371-2656
Eric.Troutman@wbd-us.com

Lela M. Ames
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W. - Suite 500
Washington, DC  20036
Tel.:  (202) 857-4427
Fax:  (202) 261-0088
lela.ames@wbd-us.com

John F. Yaninek
Matthew Clayberger
THOMAS, THOMAS & HAFER LLP
305 North Front Street - 6th Floor
Harrisburg, PA  17101-1216
Tel.:  (717) 237-7100
Fax:  (717) 237-7105
jyaninek@tthlaw.com
mclayberger@tthlaw.com

*Attorneys for Defendant
Ally Financial, Inc.*